**In United States District Court
For the District of Delaware**

UNITED STATES OF AMERICA

v.

DAYWON DRUMMOND,
Defendant

Criminal Complaint

CASE NUMBER: 07- *122 M*

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 10, 2007 in the District of Delaware, Defendant DAYWON DRUMMOND did knowingly possess in and affecting interstate and foreign commerce, a firearm, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year,

in violation of Title ____18____ United States Code, Section(s) _922(g)(1) and 924(a)(2)._

I further state that I am a(n) _Special Agent, ATF_ and that this complaint is based
                                  Official Title

on the following facts:

See attached Affidavit

FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continued on the attached sheet and made a part hereof:  Yes

_____
David DiBetta
Special Agent, ATF

Sworn to before me and subscribed in my presence,

__July 11, 2007_____   at _Wilmington, DE_____
Date                                  City and State

Honorable Mary Pat Thynge
United States Magistrate Judge          _____
Name & Title of Judicial Officer           Signature of Judicial Officer

### AFFIDAVIT OF SPECIAL AGENT DAVID M. DIBETTA

1. Your affiant is Special Agent David M. DiBetta. Your affiant has been a law enforcement officer for over 19 years with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). As part of my duties, responsibilities and training, and in the course of my investigative experience, I have become familiar with the statutes, rules and regulations, policies and procedures, relating to the Bureau of Alcohol, Tobacco, Firearms and Explosives, including but not limited to the possession of firearms by persons prohibited, and other laws enforced by the Bureau of Alcohol, Tobacco, Firearms and Explosives. I am a graduate of the Federal Law Enforcement Training Center, Glynco, GA, Criminal Investigation Course and the Bureau of Alcohol, Tobacco and Firearms New Agent Training Course. I have been involved in the investigation of approximately 250 cases involving firearms violations. I have participated in the seizures of approximately 900 firearms and the seizures of approximately 25,000 rounds of ammunition.

2. Unless otherwise stated, the information in this affidavit is based upon your affiant's personal knowledge and information provided by one or more Wilmington Probation and Parole and Wilmington Police Officers with personal knowledge of the facts.

3. The seizure of all the below stated evidence occurred on July 10, 2007, in the City of Wilmington, State and District of Delaware, as related to me by one or more Wilmington Probation and Parole with personal knowledge of the seizure of the below items.

4. Your affiant reviewed the computer criminal history information for the Defendant Daywon D. Drummond from the Delaware Justice Information System (DELJIS) and learned that the defendant has prior felony convictions for possession of a weapon with a removed, obliterated or altered serial number and conspiracy second degree from on or about June 12, 2007, in the Superior Court of the State of Delaware, both are felony crimes punishable by imprisonment for a term exceeding one year.

5. I was informed of the following by a Delaware State Probation and Parole Officer with personal knowledge of the facts. On 7/10/07, that probation and parole officer and another state probation officer conducted a home visit of the Wilmington, Delaware residence of the defendant Daywon Drummond (hereinafter "Drummond"). Drummond's grandmother answered the door of the residence and called Drummond to the 1st floor from the $2^{nd.}$ The officers asked to see his room. These officers followed Drummond to his bedroom in the northeast corner of the 2nd floor. The room was small and cluttered. Upon entering the bedroom, Drummond's body language changed. He wouldn't make eye contact with the officers when asked about the contents of the room and if there were any prohibited or illegal items present. Drummond was patted down for officer safety. When asked again if there were any weapons in the room, Drummond freely stated that there was a shotgun beside his bed. Once the shotgun was discovered Drummond stated that the firearm was his grandfathers. Drummond was then handcuffed for officer safety by one of the probation officers. One of the probation officers located the shotgun next to offender's bed. A State Probation supervisor was contacted and

approved an administrative search of the defendant's home and vehicle. During that search, a probation officer saw mail addressed to Drummond in plain sight on a dresser on the left immediately upon entering the bedroom. Drummond stated that he'd been living at the home since April. A probation officer located a black duffle bag in the closet of the room with numerous DVD's to which Drummond claimed ownership.

6. From training and experience, your affiant knows that the above - mentioned firearm was manufactured in a state other than Delaware such that its possession in Delaware would have necessarily required that the firearm had crossed state lines prior to its possession in Delaware and such that the possession of that firearm in Delaware affected interstate and/or foreign commerce.

7. A Wilmington Police officer who observed the above seized firearm contacted your affiant and described the firearm to your affiant. Based upon that description and your affiant's training and experience, your affiant believes that the above-mentioned shotgun is a firearm under federal law.

Wherefore, based upon your affiant's training and experience, your affiant believes that there is probable cause to believe that the defendant violated 18 U.S.C. 922(g) and 924(a) (2) by possessing in and affecting interstate and/or foreign commerce a firearm, after having previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year and respectfully requests that the Court issue a Criminal Complaint charging that offense.

David M. DiBetta
Special Agent, ATF


Sworn to and subscribed in my presence
This _11_ day of _July_ 2007

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware