## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : No. 07-122M-MPT |
| DAYWON DRUMMOND, | : |
| Defendant. | : |

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, respectfully states:

1. On July 10, 2007, Daywon Drummond was charged by complaint with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2).

2. Daywon Drummond is currently detained for a violation of probation by the state of Delaware. The defendant is detained at the Howard R. Young Correctional Institution, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, July 19, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institution, to bring the said defendant

Daywon Drummond before this Court on July 19, 2007, at 1:00 p.m. for an Initial Appearance and to be held in the custody of the U.S. Marshal until such time as these proceeding are complete.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: *Martin C. Meltzer*
Martin C. Meltzer
Special Assistant United States Attorney

Dated: July 11, 2007

**IT IS SO ORDERED** this __11__ day of __July__, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court