IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: **07-122M-MPT** |
| | ) | |
| **DAYWON DRUMMOND** | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

WHEREAS, this matter came before this Court on

**JULY 24, 2007**  for the purpose of a preliminary hearing;

and

WHEREAS, the United States has produced sufficient

evidence to convince the undersigned that there is probable

cause to believe that an offense has been committed by the

defendant against the laws of the United States;

IT IS ORDERED, that the defendant is held to await

further action by the court.

Dated: 7/24/07

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

F I L E D

JUL 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE