IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 07- 122m |
| DAYWON DRUMMOND, | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR STAY PENDING APPEAL**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Robert J. Prettyman, Assistant United States Attorney for the District of Delaware, hereby respectfully moves that the Court stay its Order of release, pending the Government's appeal to a Judge of the District Court for the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Robert J. Prettyman*
Robert J. Prettyman
Assistant United States Attorney

Dated: 7/24/07

**IT IS SO ORDERED** this ___24th___ day of July, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
JUL 24 2007