AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE 7/24/07 | CASE NUMBER 07-122m | OPERATOR Kincaid | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | ~~REDIRECT~~ | RECROSS | PRESIDING OFFICIAL |
| Dave DiBetta - ATF Special Agent | | 8:47am | 8:49am | 8:52am | (Excused) | |
| | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Copy of Criminal Complaint | No Obj | No Obj. |

FILED JUL 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE