AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| DAYWON DRUMMOND | CASE NUMBER: 07- 122 M |

**To: The United States Marshal**
 **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **DAYWON DRUMMOND** and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

Being a Felon in Possession of a Firearm,

in violation of Title __18__ United States Code, Section (s) 922 (g)(1) and 924(a)(2)

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | July 11, 2007   Wilmington, DE |
| | Date and Location |
| Bail fixed at $ _No Bail_ | by [signature] |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | David D. Beth | [signature] |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest